# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DASHOTTA/ DATRAN LION/JONES**                                      **PLAINTIFF**
**ADC #148795**

v.                      **CASE NO. 4:20-CV-01054-BSM**

**DEXTER PAYNE,** *et al.*                                                      **DEFENDANTS**

## ORDER

After carefully reviewing United States Magistrate Judge J. Thomas Ray's proposed findings and recommendations (RD) [Doc. No. 12] and the entire record, the RD is adopted. Dashotta Jones may proceed with his claim against Doe, but his claims against Payne, Griffin, Dillard, Stump, Davis, and Swift are dismissed without prejudice. This case is transferred to the United States District Court for the Western District of Arkansas because that is the appropriate venue. 28 U.S.C. § 1404(a).

IT IS SO ORDERED this 24th day of May, 2021.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE